No. 525. THE MILLS TRANSPORTATION COMPANY, PETITIONER, *v.* THE GREAT LAKES TOWING COMPANY. Decem-

ber 23, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. F. H. Canfield* for petitioner. *Mr. Harvey D. Goulder, Mr. S. H. Holding* and *Mr. Frank S. Masten* for respondent.